STATE v. MASON

No. 123 PC.

Case below: 18 N.C. App. 433.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

STATE v. STOKES

No. 86 PC.

Case below: 18 N.C. App. 148.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

STATE v. TILLEY

No. 102 PC.

Case below: 18 N.C. App. 291.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 July 1973.

STATE v. TILLEY

No. 96 PC.

Case below: 18 N.C. App. 341.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973. Motion of Attorney General to dismiss appeal allowed 12 July 1973.

STATE v. WEST

No. 100 PC.

Case below: 18 N.C. App. 150.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.